ANNA Y. PARK, Regional Attorney
MICHAEL FARRELL, Supervisory Trial Attorney
ELIZABETH ESPARZA-CERVANTES, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Petitioner,<br><br>   v.<br><br>Z FOODS, INC. dba ZORIA FARMS, and RUSTIC CANYON FONTIS PARTNERS and FRANCISCO GUERRA<br><br>         Respondents. | Case No.:<br><br>**APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENA SHOULD NOT BE ENFORCED** |

   1.   This is an action for enforcement of a subpoena *ad testificum*, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").

2. Jurisdiction is conferred upon the court by Section 706(f)(3), 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3. Petitioner, the Equal Employment Opportunity Commission (the "EEOC" or "Commission"), is the federal agency charged with the administration, interpretation and enforcement of Title VII, including, *inter alia*, the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent Francisco Guerra is a management employee of Respondents Z Foods, Inc., Zoria Farms, and Rustic Canyon Fontis Partners (hereafter Respondent companies are collectively referred to as "Zoria"). Zoria is a food grower and processor in Madera, California.

5. Zoria is an employer within the meaning of Title VII.

6. On September 3, 2009, pursuant to its authority under 29 U.S.C. § 161, incorporated in § 710 of Title VII, 42 U.S.C. § 2000e-9, the Commission issued subpoena *ad testificum*, No. 09-64, requiring Guerra testify before the EEOC as part of the EEOC's investigation of charges of unlawful employment practices, Charge Nos. 485-2008-00015, 485-2008-000670, 485-2008-00668, 485-2008-00671, 485-2008-00667, 485-2008-00669, 485-2009-00044, 485-2009-00118, 485-2009-00705, 485-2009-00164, 485-2009-00218, 485-2009-00252, 480-2009-03049, and 480-2009-03050, which have been filed against the Z Foods, Inc, Zoria Farms and/or Rustic Canyon Fontis Partners. Respondents received the subpoena on September 3, 2009, during the initially un-subpoenaed interview of Guerra.

7. Respondents failed to file a petition to revoke or modify the subpoena.

8. Respondents refused to comply fully with Subpoena No. 09-64.

9. The Declaration of Melissa Barrios, Fresno Local Office Director (filed concurrently herewith), and the attachments thereto, provide the factual support for

this Application.  The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

(a) That the Court issue an Order directing Respondents to appear before this Court and to show cause, if there be any, why an Order should not issue directing Respondent to comply with the subpoena;

(b) That, upon return of the Order to Show Cause, an Order issue directing the witnesses to comply with the subpoenas;

(c) That, upon return of the Order to Show Cause, an Order issue enjoining Respondent from attending EEOC interviews of persons not presently employed as management with Zoria and from pursuing or allowing the threatening of persons who provide the EEOC with requested information; and

(c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

Dated:  December 7, 2009          Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Anna Y. Park, Regional Attorney
Elizabeth Esparza-Cervantes, Trial Attorney

By:     /s/ Elizabeth Esparza-Cervantes
          ELIZABETH ESPARZA-CERVANTES
Attorneys for Petitioner U.S. Equal Employment Opportunity Commission