ANNA Y. PARK, Regional Attorney
MICHAEL FARRELL, Supervisory Trial Attorney
ELIZABETH ESPARZA-CERVANTES, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

FILED
DEC 22 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>Z FOODS, INC. dba ZORIA FARMS, and RUSTIC CANYON FONTIS PARTNERS and FRANCISCO GUERRA<br><br>Respondents. | Case No.: 1:09-CV-02127 OWW-SMS<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENA SHOULD NOT BE ENFORCED |

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why a certain subpoena *ad testificum* should not be enforced. Subpoena No. 09-064 was served on Respondents pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9 on or about April 3, 2009, respectively, in the investigation of Charge

1

Application for Order to Show Cause
[Proposed] Order
EEOC v. Zoria Farms et al

Nos. 485-2008-00015, 485-2008-000670, 485-2008-00668, 485-2008-00671, 485-2008-00667, 485-2008-00669, 485-2009-00044, 485-2009-00118, 485-2009-00705, 485-2009-00164, 485-2009-00218, 485-2009-00252, 480-2009-03049, and 480-2009-03050. The Commission having duly served the subpoena upon Respondents, and Respondents having failed to comply within the period designated in the subpoena, it is hereby

ORDERED that Respondents appear on the __19th__ day of __February__ 20__10__, at __9:30 A.m.__ in Courtroom __# 7 (SMS)__, United States Courthouse located at __2500 Tulare St., Fresno, CA 93721__ and show cause why they should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that Respondents be served with a copy of this Order to Show Cause, with the Application on which the Order is based and the Memorandum in Support, on or before the __13th__ day of __January__, 20__10__; and it is further

ORDERED that Respondents must file and serve each Respondent's answer to the Application no later than the __4th__ day of __February__, 20__10__.

Date: __12/22/09__

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Dated: December 7, 2009        Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Anna Y. Park, Regional Attorney
Elizabeth Esparza-Cervantes, Trial Attorney

By:   /s/ Elizabeth Esparza-Cervantes
      ELIZABETH ESPARZA-CERVANTES
Attorneys for Petitioner U.S. Equal Employment Opportunity Commission

2

Application for Order to Show Cause
[Proposed] Order
EEOC v. Zoria Farms et al