UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Petitioner,<br><br>vs.<br><br>Z FOODS, INC. dba ZORIA FARMS, and RUSTIC CANYON FONTIS PARTNERS and FRANCISCO GUERRA,<br><br>                Respondents.<br>_____/ | 1:09-cv-02127-OWW-SMS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENAS SHOULD NOT BE ENFORCED**<br>(Doc. 8) |

   This matter was set for a show cause hearing on February 19, 2010 at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, regarding Petitioner U.S. Equal Employment Opportunity Commission's application for order to show cause why subpoenas should not be enforced.  On February 18, 2010, the Court issued a minute order vacating the hearing pursuant to Local Rule 230(g), and deeming the matter submitted on the pleadings on file herein.  No answer/response/ opposition was filed by Respondents, Z Foods, Inc., dba Zoria Farms.

1

1  IT IS HEREBY ORDERED as follows:

2  A.   Finding that Respondent, Z Foods, Inc., dba Zoria Farm's ("Zoria"), and its counsel's conduct has impeded the EEOC's investigation by having a chilling effect on witnesses who make or support a charge of discrimination and dissuade others from cooperating ~ **GRANTED**.

3  B.   Ordering Zoria and its counsel not to interfere with EEOC's investigation of the charges underlying the present action and any claims related to the charges ~ **GRANTED**.

4  C.   Ordering Zoria, Mr. Guerra and Zoria's counsel not to interfere, threaten or to cause harm of any witness who cooperates with the EEOC ~ **GRANTED**.

5  D.   Ordering Zoria and its counsel, Mr. Sagaser, not to be present at any EEOC interviews of witnesses not represented by Zoria ~ **GRANTED**.

6  E.   Ordering Respondent Guerra to appear in the EEOC's Fresno office, cooperate with EEOC, and complete his subpoenaed testimony ~ **GRANTED**.

7  F.   That the EEOC be granted its costs of bringing the present motion and be paid for Mr. Guerra to complete his testimony at the EEOC's Fresno office ~ **DENIED**.

8  G.   That no relief be provided to EEOC as a result of the Application and Order to Show Cause specifically and only as to Respondents Rustic Canyon Fontis Partners, L.P. ~ **GRANTED**.

IT IS SO ORDERED.

**Dated:   February 24, 2010**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE