**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Petitioner.<br><br>　v.<br><br>Z FOODS, INC., dba ZORIA FARMS, RUSTIC CANYON FONTIS PARTNERS and FRANCISCO GUERRA,<br><br>　　　　Respondents. | Case No. 1:09-cv-02127 OWW SMS<br><br>**ORDER RE STIPULATION BETWEEN PETITIONER AND RESPONDENTS TO VACATE JOINT SCHEDULING CONFERENCE**<br><br>Date:　July 16, 2010<br>Time:　8:15 a.m.<br>Courtroom:　3 |

　　　The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

　　　IT IS HEREBY ORDERED that the Scheduling Conference currently set for July 16, 2010 at 8:15 a.m. in Courtroom 3 before the Hon. Oliver W. Wanger is vacated.  If necessary, the Court will set a further scheduling conference and notify the parties.


IT IS SO ORDERED.

　　Dated:　**July 1, 2010**　　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

09cv2127.stipo.vacate.sc.doc

---
ORDER RE STIPULATION BETWEEN PETITIONER AND RESPONDENTS TO VACATE JOINT SCHEDULING CONFERENCE